MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7181
   Facsimile:   (415) 436-6748
   Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

Krystal Denson

   3537 Centennial Drive
   Antioch, CA 94509

Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRYSTAL DENSON ) <br> ) <br>               Plaintiff,   ) <br> ) <br>     v.                ) <br> ) <br> JOHN E. POTTER   ) <br> ) <br> ) <br>               Defendant.  ) <br> ) <br> ) <br> _____) | NO. C 10-4855 - EDL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

1  Plaintiff Krystal Denson ("Plaintiff") and Defendant John E. Potter, Postmaster General, United
2  States Postal Service, ("Defendant"), hereby stipulate as follows:
3  The Case Management Conference in this matter is currently set for February 9, 2011, with a
4  statement due on February 1, 2011. The U.S. Attorney's Office was served with the Complaint on
5  January 21, 2011. The deadline for a response to the Complaint is March 22, 2011.
6  As Defendant's counsel was only recently served with the Complaint, the parties would like
7  additional time to conduct the required meet and confer session over the content of the Case
8  Management Conference Statement.
9  ACCORDINGLY, the parties request that the Court continue the Case Management Conference
10 until March 9, 2011 with the statement due March 1, 2011.

**IT IS SO STIPULATED**

DATED: January 31, 2011                         KRYSTAL DENSON

                                                _____/s/_____
                                                Plaintiff, Pro Se
                                                (Electronic signature authorized by
                                                email to counsel)


DATED: January 31, 2011                         MELINDA HAAG
                                                United States Attorney

                                                _____/s/_____
                                                Victoria R. Carradero
                                                Assistant United States Attorney
                                                Attorneys for Federal Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued from February 9, 2011 until March ~~9~~ 8, 2011, with the joint CMC statement due March 1, 2011.


DATED: February 1, 2011

                                                _____
                                                The Honorable Elizabeth D. Laporte
                                                United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

2