1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone:  (415) 436-7181
6      Facsimile:   (415) 436-6748
       Email: victoria.carradero@usdoj.gov
7
   Attorneys for Defendant
8
   Krystal Denson
9
       3537 Centennial Drive
10     Antioch, CA 94509

11 Pro Se

12

13
                   UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                   SAN FRANCISCO DIVISION
16
   KRYSTAL DENSON                    )
17                                   )   NO. C 10-4855 - EDL
              Plaintiff,             )
18                                   )   STIPULATION AND [PROPOSED] ORDER TO
         v.                          )   CONTINUE CASE MANAGEMENT
19                                   )   CONFERENCE
   JOHN E. POTTER                    )
20                                   )
                                     )
21            Defendant.             )
                                     )
22                                   )
   _____ )
23

24

25

26

27

28

                                                                        1

Plaintiff Krystal Denson ("Plaintiff") and Defendant John E. Potter, Postmaster General, United States Postal Service, ("Defendant"), hereby stipulate as follows:

The Case Management Conference in this matter is currently set for March 8, 2011, with a statement due on March 1, 2011.  The U.S. Attorney's Office was served with the Complaint on January 21, 2011. Defendant's response to the Complaint is due March 22, 2011.

Accordingly, as the Complaint is not yet at issue and the parties would like additional time to conduct the required meet and confer session over the content of the Case Management Conference Statement, the parties request that the Court continue the Case Management Conference until April 19, 2011 with the statement due April 12, 2011.

**IT IS SO STIPULATED**

DATED: March 1, 2011                                KRYSTAL DENSON

_____/s/_____
Plaintiff, Pro Se
(Electronic signature authorized by Telephone)

DATED: March 1, 2011                                MELINDA HAAG
United States Attorney

_____/s/_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued from March 9, 2011 until April 19, 2011 with the joint CMC statement due April 12, 2011.

DATED: March 2, 2011



The Honorable Elizabeth D. Laporte
Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

2