1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   JOANN M. SWANSON (CABN 88143)
    Chief, Civil Division
3   VICTORIA R. CARRADERO (CABN 217885)
    Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone:  (415) 436-7181
6     Facsimile:    (415) 436-6748
      Email: victoria.carradero@usdoj.gov
7
    Attorneys for Defendant
8
    Krystal Denson
9
        3537 Centennial Drive
10      Antioch, CA 94509
11   Pro Se
12
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                     SAN FRANCISCO DIVISION
16
    KRYSTAL DENSON                    )
17                                    )   NO. C 10-4855 - EDL
                   Plaintiff,         )
18                                    )   STIPULATION AND [PROPOSED] ORDER TO
            v.                        )   CONTINUE CASE MANAGEMENT
19                                    )   CONFERENCE
    JOHN E. POTTER                    )
20                                    )
                                      )
21                 Defendant.         )
                                      )
22                                    )
   _____    )
23
24
25
26
27
28

                                                              1

1   Plaintiff Krystal Denson ("Plaintiff") and Defendant John E. Potter, Postmaster General, United

2   States Postal Service, ("Defendant"), hereby stipulate as follows:

3   The Case Management Conference in this matter is currently set for April 19, 2011, with a

4   statement due on April 12, 2011.  Defendant responded to the Complaint on March 22, 2011.

5   Defendant's counsel recently learned that she is required to be out of state on April 19, 2011 for

6   another case.  The parties would also like additional time to conduct the required meet and confer

7   session over the content of the Case Management Conference Statement.

8   The parties request that the Court continue the Case Management Conference until May 10, 2011

9   with the statement due May 3, 2011.

10   **IT IS SO STIPULATED**

11   DATED: March 29, 2011                                        KRYSTAL DENSON

12                                                               _____/s/_____
                                                                 Plaintiff, Pro Se
13                                                               (Electronic signature authorized by
                                                                 Telephone)

14

15

16   DATED: March 29, 2011                                        MELINDA HAAG
                                                                 United States Attorney
17
                                                                 _____/s/_____
18                                                               Victoria R. Carradero
                                                                 Assistant United States Attorney
19                                                               Attorneys for Federal Defendant

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22   The Case Management Conference is continued from April 19, 2011 until May 10, 2011 with the

23   joint CMC statement due May 3, 2011.

24
     DATED:  Marcn 31, 2011
25                                                               _____
                                                                 The Honorable Elizabeth D. Laporte
26                                                               United States Magistrate Judge

27

28

                                                                                                   2