1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   JOANN M. SWANSON (CABN 88143)
    Chief, Civil Division
3   VICTORIA R. CARRADERO (CABN 217885)
    Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRYSTAL DENSON, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. POTTER, <br><br> Defendant. | NO. C 10-4855 - EDL <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. C 10-4855 - EDL

1  Plaintiff Krystal Denson ("Plaintiff") and Defendant Patrick R. Donahoe, Postmaster General,
2  ("Defendant")[1], hereby stipulate to the dismissal with prejudice of any and all claims in the above
3  captioned lawsuit. Each side will bear its own attorneys' fees and costs.

4  Dated: 11/27, 2011        PLAINTIFF

                              *(signature)*
                              KRYSTAL DENSON
                              Plaintiff, Pro Se

                              MELINDA HAAG
                              United States Attorney

                              *(signature)*
   DATED: 12/5, 2011
                              VICTORIA R. CARRADERO
                              Assistant United States Attorney
                              Attorneys for Defendant

**IT IS SO ORDERED. THIS CASE IS DISMISSED WITH PREJUDICE AND THE COURT CLERK IS ORDERED TO CLOSE THE FILE.**

DATED: December 6, 2011

*(signature)* Elijah D. Laporte
Elizabeth D. Laporte
United States Magistrate Judge

---

[1]/ The parties understand and agree that this Stipulation is effective regardless of the change in Postmaster General.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. C 10-4855 - EDL