1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7181
6  Facsimile:  (415) 436-6748
   Email: victoria.carradero@usdoj.gov
7
   Attorneys for Defendant
8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12
   KRYSTAL DENSON                )
13                               )   NO. C 10-4855 - EDL
                  Plaintiff,     )
14                               )   STIPULATION AND [PROPOSED] ORDER
           v.                    )   OF DISMISSAL
15                               )
   JOHN E. POTTER                )
16                               )
                                 )
17                Defendant.     )
                                 )
18                               )
                                 )
19

20

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
   Case No. C 10-4855 - EDL

1  Plaintiff Krystal Denson ("Plaintiff") and Defendant Patrick R. Donahoe, Postmaster General,
2  ("Defendant")[1]/, hereby stipulate to the dismissal with prejudice of any and all claims in the above
3  captioned lawsuit. Each side will bear its own attorneys' fees and costs.

4  Dated: 11/27, 2011    PLAINTIFF

    /s/ Krystal Denson
    KRYSTAL DENSON
    Plaintiff, Pro Se

    MELINDA HAAG
    United States Attorney

    DATED: 12/5, 2011

    /s/ Victoria R. Carradero
    VICTORIA R. CARRADERO
    Assistant United States Attorney
    Attorneys for Defendant

IT IS SO ORDERED. THIS CASE IS DISMISSED WITH PREJUDICE AND THE COURT CLERK IS ORDERED TO CLOSE THE FILE.

DATED: December 6, 2011

    /s/ Elizabeth D. Laporte
    Elizabeth D. Laporte
    United States Magistrate Judge

---

[1]/ The parties understand and agree that this Stipulation is effective regardless of the change in Postmaster General.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. C 10-4855 - EDL